**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MID-C0NTINENT CASUALTY COMPANY,**

    **Plaintiff,**

v.                                                                          Case No.  8:10-cv-1595-T-30EAJ

**MEDALLION HOMES GULF COAST, INC., et al.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Dismiss or Stay (Dkt. #8), Plaintiff's response (Dkt. #12) in opposition, and Defendant's reply (Dkt. #37).  The Court, having reviewed the parties' pleadings and memoranda, determines that the Motion to Stay should be granted.

This case involves the installation of Chinese drywall in homes built by Medallion Homes Gulf Coast, Inc. (Medallion).  Medallion has been sued by home owners asserting claims for both property damage and personal injuries resulting from the Chinese drywall.  These actions, and many others from across the country, are pending in Multi-District Litigation #2047 in the Eastern District of Louisiana.

Medallion put Plaintiff, as its insurer, on notice of the claims.  Plaintiff denied coverage.  Medallion then filed an action against Plaintiff in the Eastern District of Louisiana

asking that Court to resolve the coverage dispute. Several months later, Plaintiff filed the instant action in this Court. Medallion now asks this Court to dismiss or stay this action pending the resolution of its previously filed action in the Eastern District of Louisiana. Plaintiff objects to this case being dismissed or stayed mainly because it has named indispensable parties as Defendants in this case which are not, and it claims cannot be, made parties in the Eastern District of Louisiana case. Plaintiff claims that these necessary Defendants cannot be made parties because there is no personal jurisdiction over them in the Eastern District of Louisiana.

But personal jurisdiction will not be a problem if the Multi-District Panel transfers this case to the Eastern District of Louisiana or if the Court in the Eastern District of Louisiana determines it can appropriately resolve the coverage dispute without the joinder of the additional Defendants. The Court notes that Judge Fallon of the Eastern District of Louisiana has expressed a strong interest in resolving all issues relating to the Chinese drywall damage claims, including insurance coverage disputes. Therefore, this Court determines that it is appropriate for it to stay this action pending: (1) a determination by the Multi-District Panel as to whether this case should be transferred to the Eastern District of Louisiana, and (2) Judge Fallon's rules on jurisdiction in the first case filed by Medallion in the Eastern District of Louisiana.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Dismiss or Stay (Dkt. #8) is DENIED as to dismissal and GRANTED as to a stay.

2. This case is hereby STAYED pending rulings by the Multi-District Panel as to whether this case should be transferred to the Eastern District of Louisiana and Judge Fallon on jurisdiction in the pending first filed case.

3. The Clerk of this Court is directed to administratively close this case.

4. The parties are directed to notify the Court within ten (10) days of the resolution of the two issues upon which this stay is contingent.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1595.mtd 8.frm